IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LOPEZ-PINONES,

    Petitioner,   CR. No.  S-04-0239 DFL KJM P
                              CIV. No. S-05-1219 DFL KJM P

    vs.

UNITED STATES OF AMERICA,

    Respondent.   <u>ORDER</u>

_____/

       Petitioner requests an extension of time to reply to the government's opposition to his petition for a writ of habeas corpus and requests a copy of his case file. A copy of petitioner's case file was mailed to him on October 21, 2005. Therefore, that request is moot. Good cause appearing, IT IS HEREBY ORDERED that petitioner's August 10, 2005 request for an extension of time is granted. Petitioner shall file his reply thirty days after receiving the case file.

DATED: 10/26/2005.

                                           /s/ David F. Levi
                                           DAVID F. LEVI
                                           United States District Judge